IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  10-cv-03023-WYD-BNB

BARRETT LONG,

    Plaintiff,

v.

MJ HECKER & ASSOCIATES, P.C.; and
DOES 1-10, inclusive,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation of Dismissal filed April 11, 2011.  The Stipulation seeks a dismissal of the case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Having reviewed the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal (ECF No. 9) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with the parties to pay their own costs.

Dated:  April 12, 2011

                              BY THE COURT:

                              s/ Wiley Y. Daniel
                              Wiley Y. Daniel
                              Chief United States District Judge